JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation, d/b/a MONSTER BEVERAGE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ZIPFIZZ CORP., a Washington corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. CV 07-07689 R (FFMx)<br><br>**DISMISSAL OF COMPLAINT AND COUNTERCLAIM** |

    THIS DISMISSAL IS MADE PURSUANT TO THE PARTIES STIPULATION FOR DISMISSAL. The Court, having considered the stipulation of the parties Plaintiff HANSEN BEVERAGE COMPANY and Defendant ZIPFIZZ CORP. through their respective attorneys of record, hereby enters, pursuant to Federal Rule of Civil Procedure 41(a)(1), a dismissal without prejudice of the entire Complaint filed by Plaintiff and the entire Counterclaim filed by Defendant, subject

to the terms of the parties' confidential Settlement Agreement. Each side will bear its own costs, including attorney fees associated with the Complaint and Counterclaim. This Court shall retain subject matter and personal jurisdiction over the parties for the purpose of interpretation or enforcement of the confidential Settlement Agreement between the parties.

Dated: March 6, 2008    _____
United States District Judge

# CERTIFICATE OF E-FILING AND SERVICE

I hereby certify that on March 10, 2008, a true and correct copy of the foregoing **[PROPOSED] DISMISSAL OF COMPLAINT AND COUNTERCLAIM** was electronically filed and served on all counsel registered to receive electronic notification, and was served in hard copy upon counsel of record listed below that are not registered to receive electronic notification:

**VIA E-MAIL AND FIRST CLASS MAIL**:

Paul R. Brown
paulb@beresfordlaw.com
Mark A. Bailey
markb@beresfordlaw.com
BERESFORD BOOTH PLLC
145 Third Avenue South, Suite 200
Edmonds, WA  98020

Executed on March 10, 2008, at Santa Monica, California.

s/Kristin B. Kosinski<br>Kristin B. Kosinski